IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| In re: | ) | C/A NO.   3:23-cv-2100-JFA |
| | ) | |
| South Carolina Department of Parks, Recreation and Tourism, | ) ) | |
| | ) | |
| *Movant.* | ) ) | |
| | ) | |
| In re: C/A No. 1:21-md-03010 (PKC) | ) ) | |
| In re Google Digital Advertising Antitrust Litigation | ) ) ) | |
| | ) | |
| In re: C/A No. 1:21-cv-06841 (PKC) | ) ) | |
| State of Texas, et al., | ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | |
| Google, LLC, | ) ) | |
| *Defendant.* | ) ) | |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

Notice is given that Movant South Carolina Department of Parks, Recreation and Tourism appeals to the United States Court of Appeals for the Fourth Circuit from the July 12, 2023 Order [Dkt. No. 22] of the United States District Court for the District of South Carolina denying Movant's Motion to Quash the subpoena issued by Google, LLC [Dkt. No. 1] and denying Movant's assertion of sovereign immunity.

[Signature page follows]

Respectfully submitted,

**WILLOUGHBY HUMPHREY & D'ANTONI, P.A.**

*s/R. Walker Humphrey, II*
R. Walker Humphrey, II, Fed. Bar No. 12524
133 River Landing Drive, Suite 200
Charleston, SC 29492
(843) 619-4426
whumphrey@willoughbyhoefer.com

Mitchell Willoughby, Fed. Bar No. 4702
Margaret O'Shields, Fed. Bar No. 13973
930 Richland Street (29201)
Post Office Box 8416
Columbia, SC 29202-8416
(803) 252-3300
mwilloughby@willoughbyhoefer.com
moshields@willoughbyhoefer.com

August 11, 2023